# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| LE25 | E 2125292 | CLARK | 8403 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged  ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 08/17/2025 1153 | 18 USC 13 ASSIMILATIVE CRIMES ACT |

Place of Offense: NAS JRB NEW ORLEANS BELLE CHASSE, RINARD RD. AND RUSSELL AVE., LA 70037

Offense Description: Factual Basis for Charge    HAZMAT ☐

RS 32:231
FAILURE TO OBEY TRAFFIC SIGNAL

### DEFENDANT INFORMATION

Last Name: SMITH    First: MORGAN    MI: K

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 648 FUT | LA | 22 | KIA TEL | | BLACK |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50  Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov →
$ 80  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:     Date:     Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E2125292*

I state that on 17 AUG, 20 25 while exercising my duties as a law enforcement officer in the Southeastern District of LOUISIANA

I, M. CLARK, WHILE PARKED IN BLDG. 41 parking lot CONDUCTING traffic enforcement, I OBSERVED A BLACK IN COLOR KIA EXIT the NEX GAS STATION AND FAIL TO STOP AT the STOP SIGN. THE VEHICLE EXITED ONTO RINARD RD. Heading south towards the intersection of RUSSELL AVE. THE VEHICLE failed to stop at the STOP SIGN Located at RINARD RD AND RUSSELL AVE MAKING A RIGHT TURN. I CONDUCTED A TRAFFIC STOP IN THE PARKING LOT OF BLDG. 57 AND THE DRIVER MORGAN SMITH, PROVIDED VALID DRIVERS LICENSE, VEHICLE INSURANCE AND REGISTRATION. I, ISSUED (1) UNITED STATES DISTRICT COURT VIOLATIONS FOR FAILURE TO OBEY TRAFFIC SIGNALS. (STOP SIGN) RS 32:231

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/17/2025    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident